UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | CRIMINAL NO.   23-004 |
| JAVIER MANZANO | |

### GOVERNMENT'S MOTION TO DISMISS

TO THE HONORABLE COURT:

The United States of America, through Alamdar Hamdani, United States Attorney for the Southern District of Texas, and Jim McAlister, Assistant United States Attorney, moves to dismiss the indictment in the above referenced case number against Javier Manzano because he entered into a plea bargain involving he same conduct in Harris County, Texas for 6 years in prison. The United States also requests that all warrants be withdrawn and that the appropriate entries be made in law enforcement databases.

Respectfully Submitted,

ALAMDAR HAMDANI
United States Attorney

By:

 /S/ Jim McAlister
Jim McAlister
Assistant United States Attorney
713-567-9573

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CRIMINAL NO. 23-004 |
| | § |
| JAVIER MANZANO | |

## ORDER OF DISMISSAL

HAVING CONSIDERED the Government's motion to dismiss the indictment against the above named defendant, it is ordered that the Government's motion is granted. The court orders the indictment dismissed.

**In addition, the court orders that all warrants associated with the indictment be withdrawn and that law enforcement databases be modified accordingly**.

SIGNED in Houston, Texas on this the _____ day of _____, 2023.

_____
Alfred H Bennett
United States District Judge