United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 23-004 |
| JAVIER MANZANO | | |

### ORDER OF DISMISSAL

HAVING CONSIDERED the Government's motion to dismiss the indictment against the above named defendant, it is ordered that the Government's motion is granted. The court orders the indictment dismissed.

**In addition, the court orders that all warrants associated with the indictment be withdrawn and that law enforcement databases be modified accordingly.**

SIGNED in Houston, Texas on this the _____ day of OCT 1 3 2023 , 2023.

_____
Alfred H Bennett
United States District Judge